994

No. 1104. REALIST, INCORPORATED, *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Herbert P. Wiedemann* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 1187. RUTHERFORD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Frank Serri* for petitioner.

No. 15. FORD ET AL. *v.* TENNESSEE. Supreme Court of Tennessee, Middle Division. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Jack Greenberg, James M. Nabrit III* and *Derrick A. Bell, Jr.* for petitioners. *George F. McCanless,* Attorney General of Tennessee, and *Walker T. Tipton,* Assistant Attorney General, for respondent.

No. 95. WILLIAMSON *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Stanley Fleishman* and *Sam Rosenwein* for petitioner. *A. L. Wirin* and *Fred Okrand* for American Civil Liberties Union of Southern California, as *amicus curiae,* in support of the petition.

No. 99. WENZLER ET AL. *v.* CALIFORNIA. Appellate Department, Superior Court of California, County of Los Angeles. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Stanley Fleishman* and *Sam Rosenwein* for petitioners. *Byron B. Gentry* for respondent.